ANHEUSER-BUSCH BREWING ASSOCIATION v. FREDERICK HIER.

FILED APRIL 10, 1901.   No. 11,875.

Former Decision Herein Res Judicata.   The decision of questions presented to this court in reviewing the proceedings of the district court becomes the law of the case, and, for the purposes of the litigation, settles conclusively the points adjudicated.

ERROR from the district court for Saline county. Tried below before STUBBS, J.  *Affirmed.*

*Abbott & Abbott,* for plaintiff in error.

*F. I. Foss* and *B. V. Kohout, contra.*

PER CURIAM.

This action was brought by Frederick Hier against the Anheuser-Busch Brewing Association to enforce restitution of money obtained by executing a judgment which

was afterwards reversed. The trial court found the issues in favor of the plaintiff and gave judgment accordingly. The questions discussed by counsel in the briefs have been squarely decided by this court in this case (*Hier v. Anheuser-Busch Brewing Ass'n*, 60 Nebr., 320), and we have now neither the power nor disposition to alter or modify, in any way, the conclusions heretofore announced. The judgment is

AFFIRMED.